C. M. McDOWELL, Appellant v. W. C. MAXWELL, Trustee.

Furches, J.: This case presents substantially the same facts as *Williams* v. *Maxwell*, and is governed by the opinion in that case.

The judgment of the Court refusing an injunction is affirmed.

Affirmed.